IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHIPEKA NELSON,                )
                               )
          Plaintiff,           )
                               )
     v.                        )     1:21-cv-909
                               )
CREDIT ACCEPTANCE              )
CORPORATION,                   )
                               )
          Defendant.           )

**ORDER**

On October 20, 2022, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) In the Recommendation, the Magistrate Judge recommends that Plaintiff's Complaint (Doc. 2) be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that the federal claims in this action are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon

which relief may be granted, the state claims therein are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3), and that Plaintiff's Complaint, (Doc. 2), is hereby **DISMISSED**.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 15th day of March, 2023.

                              /s/ William L. Osteen, Jr.
                              United States District Judge

- 2 -

Case 1:21-cv-00909-WO-LPA   Document 6   Filed 03/15/23   Page 2 of 2